IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL DEJESUS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5734 |
| | : | |
| ARAMARK FOOD SERVICE, INC., et al. | : | |
| | : | |

**ORDER**

AND NOW, this 14th day of January, 2014, it is ORDERED Defendants Robert Francis and David Weed's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Document 15) and Defendants Aramark Correctional Services, LLC and Mr. Kramer's Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Document 16) are GRANTED.

It is further ORDERED Plaintiff Carl DeJesus's Motion Requesting Appointment of Counsel (Document 11) is DISMISSED as moot. Dejesus's Complaint is DISMISSED with prejudice; and the Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.